UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | | |
|---|---|---|
| GLENN BOLES, | ) | Civil Action No. 0:18-cv-02844-TLW-PJG |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ANDREW SAUL, | ) | |
| Commissioner of Social Security,[1] | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Upon consideration of Defendant's Motion to Remand and any response thereto, it is hereby ORDERED that Defendant's Motion is GRANTED. This case shall be remanded to the Commissioner for further evaluation pursuant to the fourth sentence of 42 U.S.C. § 405(g).

**IT IS SO ORDERED.**

*s/ Terry L. Wooten*
TERRY L. WOOTEN
Senior United States District Judge

November 14, 2019
Columbia, South Carolina

---

[1] Andrew Saul is now the Commissioner of Social Security and is automatically substituted as a party pursuant to Fed. R. Civ. P. 25(d). *See also* section 205(g) of the Social Security Act, 42 U.S.C. § 405(g) (action survives regardless of any change in the person occupying the office of Commissioner of Social Security).